**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

UNITED STATES OF AMERICA

-against-

Kevin Bodley

---------------------------------------x

**ORDER**

17 Cr. 142-07 (RA)
Docket #

Ronnie Abrams District Judge
Judge's Name

The C.J.A. attorney assigned to receive cases on this day, Martin Bell is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC 9/4/2026.

**SO ORDERED.**

UNITED STATES DISTRICT JUDGE

**Dated: New York, New York**
9/4/26