Case 1:17-cr-00142-RA Document 771 Filed 11/13/26 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Kevin Bodley,<br><br>*Defendant.* | **Order**<br><br>**17 Cr. 142 (RA)** |

Upon the application of the United States of America, and without objection from the defendant, it is hereby

ORDERED that the conditions of supervised release set forth in the Judgment imposed in this matter on September 11, 2023, Dkt. No. 693, shall be imposed as the defendant's conditions of release during the pendency of the violation proceedings.

SO ORDERED:

Dated: New York, New York
November 16, 2026

THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2026.08.18